176 A.3d 224

IN THE MATTER OF THE ADVISORY COMMITTEE ON PROFES-SIONAL ETHICS JOINT OPINION 732, THE COMMITTEE ON ATTORNEY ADVERTISING JOINT OPINION 44, AND THE COMMITTEE ON THE UNAUTHORIZED PRACTICE OF LAW JOINT OPINION 54.

M–424/426 September Term 2017
079852

December 8, 2017

## ORDER

It is ORDERED that the motion of the Consumers for a Responsive Legal System for leave to file a notice of petition for review as within time (M–424) is granted; and it is further

ORDERED that the motion for leave to waive the filing fee of $250.00 (M–426) is denied; and it is further

ORDERED that the petitioner shall submit the $250.00 filing fee in light of the Court's order.